**No. 10-8108. Melvin Ray Brummett, Jr., Petitioner v. United States District Court for the Eastern District of California, et al.**

562 U.S. 1235, 131 S. Ct. 1558, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1684.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8109. Reginald Baugham, Petitioner v. United States.**

562 U.S. 1235, 131 S. Ct. 1510, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1695.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 392 U.S. App. D.C. 126, 613 F.3d 291.

**No. 10-8110. Gregory Thomas Myers, Petitioner v. United States.**

562 U.S. 1235, 131 S. Ct. 1510, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1641.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 402 Fed. Appx. 844.

**No. 10-8111. Abdul Suda, Petitioner v. Robert Stevenson, Warden.**

562 U.S. 1236, 131 S. Ct. 1510, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1616.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 386 Fed. Appx. 442.

**No. 10-8115. Otis Worley, Petitioner v. Illinois.**

562 U.S. 1236, 131 S. Ct. 1510, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1561.

February 22, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 398 Ill. App. 3d 1106, 370 Ill. Dec. 769, 988 N.E.2d 1125.

**No. 10-8120. Roy M. Belfast, Jr., Petitioner v. United States.**

562 U.S. 1236, 131 S. Ct. 1511, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1551.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 611 F.3d 783.

**No. 10-8122. Donald L. Richard, Petitioner v. Frank Shewalter, Warden.**

562 U.S. 1236, 131 S. Ct. 1511, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1602.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 126 Ohio St. 3d 1510, 930 N.E.2d 329.

**No. 10-8123. Charles Stevens, Petitioner v. United States.**

562 U.S. 1236, 131 S. Ct. 1511, 179 L. Ed. 2d 334, 2011 U.S. LEXIS 1580.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 10.